IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 6872 N. HAYSTON AVENUE, FRESNO,<br><br>Defendant. | **Old Case No. 1:06cv0382 AWI DLB**<br>**New Case No. 1:06cv0382 AWI SMS**<br><br>ORDER DISQUALIFYING MAGISTRATE JUDGE |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:06cv0382 AWI SMS**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   April 11, 2006            /s/ Dennis L. Beck
9b0hie                               UNITED STATES MAGISTRATE JUDGE

1