UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:06-CV-382-AWI SMS |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:06-CV-382-OWW SMS |
| | ) | |
| REAL PROPERTY LOCATED AT 6872 N. HAYSTON, etc., | ) ) ) | |
| | ) | **ORDER REASSIGNING CASE** |
| Defendant. | ) ) ) | |

It appearing that this matter is related to action 1:05-cr-315 OWW, UNITED STATES vs CROSSLEY, et al.,

IT IS ORDERED THAT this matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

The scheduling conference set for August 8, 2006 at 9:00 AM before Magistrate Judge Snyder is vacated and the plaintiff shall file a status report by August 15, 2006.


IT IS SO ORDERED.

**Dated:  April 19, 2006**                           **/s/ Oliver W. Wanger**
emm0d6                                               UNITED STATES DISTRICT JUDGE