UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT,<br>6872 N. HAYSTON AVE. FRESNO, CA,<br>ET.AL.<br><br>            Defendant. | 1:06-CV-00382 OWW TAG<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 31, 2008**                    **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE